IN THE UNITED STATES BANKRUPTCY COURT

FOR THE Eastern District of Pennsylvania

READING DIVISION


IN RE: IBRAHIM BARUWA

CASE NO. 4-16-BK-18266

CLAIM: 6


### NOTICE OF CHANGE OF ADDRESS BY A CREDITOR


COMES NOW, Cach, Llc hereby request the Trustee notice and payment address on its claim for the above mentioned case be changed from the following address:


**CACH, LLC**

**PO BOX 5980**

**DENVER CO 80217-5980**


To the new address below:

**CACH, LLC**

**PO Box 10587**

**Greenville SC 29603-0587**


This address change pertains to Trustee payments and all other correspondences for this claim filed by the Creditor.


/s/ Susan Gaines                                                              Date: 8/16/2017

Susan Gaines

Telephone: (877) 264-5884