# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  IBRAHIM BARUWA, A/K/A,        :   Case No:  16-18266
       IBRAHIM A. BARUWA                :
                                         :   Chapter: 13
     Debtor                                       :

Hearing to be held:
Date:   September 28, 2017
Time:   9:30 a.m.
Place:  U.S. Bankruptcy Court
       Courtroom #1, 3rd Floor
       The Madison, Suite 300
       400 Washington Street
       Reading PA 19601

## NOTICE OF OBJECTION TO CLAIM AND HEARING DATE

Ibrahim Baruwa, a/k/a Ibrahim A. Baruwa has filed an objection to the proof of claim you filed this bankruptcy case.

Your claim may be reduced, modified, or eliminated.  You should read these papers carefully and discuss them with your attorney, if you have one.

If you do not want the court to eliminate or change your claim, you or your lawyer must attend the hearing on the objection, scheduled to be held before the Honorable Richard E. Fehling on September 28, 2017 at 9:30 a.m. in Courtroom #1, 3rd Floor, United States Bankruptcy Court, The Madison, 400 Washington Street, Reading, PA  19601.  If you, or your attorney, do not attend the hearing on the objection, the court may decide that you do not oppose the objection to your claim.

/s/ Robert Glazer
Robert Glazer, Esquire
Attorney for Objector
Attorney ID No:  30234
800 Walnut Street
Easton, PA  18042
610-258-5609
Fax:  610-258-4353

Dated:  August 23, 2017