United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 16-18266-ref
Ibrahim Baruwa                                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: Keith              Page 1 of 1             Date Rcvd: Nov 14, 2017
                              Form ID: pdf900          Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 16, 2017.
db             +Ibrahim Baruwa,   1370 Lorton Drive,   Easton, PA 18040-6614

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              +E-mail/PDF: acg.acg.ebn@americaninfosource.com Nov 15 2017 02:04:41
                 BMW Financial Services NA, LLC,   c/o Ascension Capital Group,   P.O. Box 165028,
                 Irving, TX  75016,   UNITED STATES 75016-5028
cr               E-mail/PDF: resurgentbknotifications@resurgent.com Nov 15 2017 02:05:02      CACH, LLC,
                 PO Box 10587,   Greenville, SC  29603-0587
                                                                                              TOTAL: 2

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 14, 2017 at the address(es) listed below:
          CHRISOVALANTE  FLIAKOS    on behalf of Creditor    Wells Fargo Bank, National Association As
           Trustee et al. paeb@fedphe.com
          FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
          FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    PNC Bank, National Association
           bkgroup@kmllawgroup.com
          ROBERT  GLAZER    on behalf of Debtor Ibrahim  Baruwa usbcglazer@gmail.com
          THOMAS YOUNG.HAE SONG    on behalf of Creditor    Wells Fargo Bank, National Association As Trustee
           et al. pa.bkecf@fedphe.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 8

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Ibrahim Baruwa aka Ibrahim A. Baruwa<br>Debtor | CHAPTER 13 |
| PNC Bank, National Association<br>Movant<br>vs. | NO. 16-18266 REF |
| Ibrahim Baruwa aka Ibrahim A. Baruwa<br>Debtor<br>Frederick L. Reigle<br>Trustee | 11 U.S.C. Section 362 |

### STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. The post-petition arrearage on the mortgage held by the Movant on the Debtor's real property at 328 Haven Drive, Greenville, NC 27834 is **$2,469.73**, which breaks down as follows:

| | |
|---|---|
| Post-Petition Payments: | May 1, 2017 to June 1, 2017 at $485.05/month<br>July 1, 2017 to September 1, 2017 at $490.19/month<br>October 1, 2017 at $512.57/month |
| Suspense Balance: | $483.51 |
| **Total Post-Petition Arrears** | **$2,469.73** |

2. The Debtor shall cure the aforesaid arrearage while maintaining ongoing post-petition contractual mortgage payments, in the following manner:

a). Beginning on November 1, 2017 and continuing through April 30, 2018, until the arrearage is cured, Debtor(s) shall maintain, and pay when due, the present post-petition contractual monthly payment of **$512.57** on the mortgage (or as adjusted pursuant to the terms of the mortgage), which payment is due on or before the first (1st) day of each month (with late charges assessed after the 15th of the month), plus Debtor(s) shall pay an installment payment towards the arrearage on or before the last day of each month in the amount of **$411.62** for the months of November 2017 through March 2018 and **$411.63** for the month of April 2018;

b). Debtor(s) shall maintain, and pay when due, the regular post-petition contractual monthly mortgage payments thereafter;

c). The current payment address for the mailing of payments is as follows:

PNC Mortgage, a division of PNC Bank, NA
Attn: Bankruptcy
3232 Newmark Drive
Miamisburg, OH 45342

3. Should Debtor(s) provide sufficient proof of payments (front & back copies of cancelled checks and/or money orders) made, but not credited, Movant shall adjust the account accordingly.

4. In the event that the payments under Section 2 above are not tendered pursuant to the terms of this stipulation, Movant shall notify Debtor(s) and Debtor's attorney of the default in writing and Debtor(s) may cure said default within FIFTEEN (15) days of the date of said notice. If Debtor(s) should fail to cure the default within fifteen (15) days, Movant may file a Certification of Default with the Court, upon which the Court shall enter an Order granting relief from the automatic stay as to the mortgage property, and waiving the stay provided by Bankruptcy Rule 4001(a)(3), which the parties hereby agree to waive with respect to said Order. The Order shall be in the form set forth in the proposed order filed by Movant with its instant Motion for Relief, or in a form substantially similar. ("Movant" in this paragraph and hereinafter refers to Movant or to any of its successors or assignees, should the claim be assigned or transferred.)

5. If the case is converted to Chapter 7, the Movant shall file a Certification of Default with the court and the court shall enter an order granting the Movant relief from the automatic stay.

6. If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

7. The provisions of this stipulation do not constitute a waiver by the Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the loan, mortgage and applicable law.

8. The undersigned seek court approval of this stipulation.

9. The parties agree that a facsimile signature shall be considered an original signature.

Date: October 6, 2017

By: /s/ *Matteo S. Weiner, Esquire*
Matteo S. Weiner, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322 FAX (215) 627-7734
Attorneys for Movant

Date: 11/9/17

Robert Glazer, Esquire
Attorney for Debtor

Date: 11/9/17

Frederick L. Reigle
Chapter 13 Trustee

Approved by the Court this ___ day of _____, 2017. However, the court retains discretion regarding entry of any further order.

**Date: November 14, 2017**

Bankruptcy Judge
Richard E. Fehling