## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    IBRAHIM BARUWA    :    NO. 16-18266
:
:    CHAPTER 13

Hearing to be held:
Date:  May 15, 2018
Time:  9:30 a.m.
Place:  U.S. Bankruptcy Court
Courtroom #1, 3rd Floor
The Madison, Suite 300
400 Washington Street
Reading PA 19601

**NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

Robert Glazer, Esquire, counsel for Movant, Ibrahim Baruwa, has filed a Motion to Avoid Judicial Lien.

YOUR RIGHTS MAY BE AFFECTED.  YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE.  (IF YOU DO NOT HAVE ANY ATTORNEY YOU MAY WISH TO CONSULT AN ATTORNEY).

1. If you do not want the Court to grant the relief sought in the motion or, if you want the Court to consider your views on the Motion, then on or before May 8, 2018, you or your attorney must do ALL of the following:

(a) file an objection explaining your position at:

U. S. Bankruptcy Court Clerk's Office
The Madison, Suite 300
400 Washington Street
Reading, PA 19601

If you mail your objection to the Bankruptcy Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated above; and,

(b) mail a copy to the Movants' attorney:

    Robert Glazer, Esquire
    McLAUGHLIN & GLAZER
    26 N. Third Street
    Easton, PA 18042
    Phone No.:  (610) 258-5609
    Fax No.:     (610) 258-4353

  2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an Order granting the relief requested in the Motion.

  3. A hearing on the Motion is scheduled to be held before the Honorable Richard E. Fehling, United States Bankruptcy Judge, on May 15, 2018, at 9:30 a.m. in Courtroom #1, United States Bankruptcy Court, The Madison, Third Floor, 400 Washington Street, Reading, Pennsylvania, 19601.

  4. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you are on the Clerk's Service List and you request a copy from the attorney named in paragraph 1(b).

  5. You may contact the Bankruptcy Clerk's office at (610) 320-5255 to find out whether the hearing has been cancelled because no one filed an answer.

Date: April 18, 2018