# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:      IBRAHIM BARUWA       :      NO.  16-18266
                                 :
                                 :      CHAPTER 13

## AMENDED CERTIFICATE OF SERVICE

I, Robert Glazer, Esq., hereby certify that service of the **Motion to Avoid Lien, Proposed Order and Notice of Motion** was made pursuant to the Standing Order of Court of the United States Bankruptcy Court for the Eastern District, dated April 1, 2003, No: M 03-3005 and via first class mail upon the following:

Michael R. Nesfeder, Esquire
FITZPATRICK, LENTZ & BUBBA, P.C
4001 Schoolhouse Road
PO Box 219
Center Valley, PA 18034

First Commonwealth FCU
257 Broadhead Road
Bethlehem, PA 18017

Ibrahim Baruwa
1370 Lorton Drive
Easton, PA 18040

/S/ Robert Glazer
Robert Glazer, Esq.
Attorney for Debtors
Attorney ID No:  30234
MCLAUGHLIN & GLAZER
26 N. Third Street
Easton, PA  18042
610-258-5609