## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    IBRAHIM BARUWA    :    NO.  16-18266
:
:    CHAPTER 13

### CERTIFICATION OF NO RESPONSE

I, Robert Glazer, Esquire, counsel for Debtor's, certify that I served a true and correct copy of the Debtor's **Notice and Motion to Avoid Lien under Section 522(f)(1)(A) regarding First Commonwealth FCU Dated  April 18, 2018** was made pursuant to the Standing Order of Court of the United States Bankruptcy Court for the Eastern District, dated April 1, 2003,  No: M 03-3005.

As of  May 10, 2018 there have been no Answer, Objection or other responsive pleadings filed.

/s/ Robert Glazer, Esquire_____
Robert Glazer, Esq.
Attorney for Debtor
Attorney ID No:  30234
MCLAUGHLIN & GLAZER
26 N. Third Street
Easton, PA  18042
610-258-5609