IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: IBRAHIM BARUWA         :      NO.   16-18266
                              :
                              :      CHAPTER 13

**ORDER**

AND NOW, upon the motion of Debtor to avoid an alleged judicial lein (Superior Court, Hamilton County, Indiana at 29D01-1604-CC-2973) of NextGear Capital, Inc., and upon Debtor's having asserted that the alleged lien is subject to avoidance pursuant to Section 522(f)(1), 11 U.S.C. § 522 (f)(1), and upon Debtor having certified that adequate notice of the motion was sent to the lienholder and that no answer or other response to the motion has been filed.

IT IS HEREBY ORDERED that the motion is granted by default and the above judicial lien of NextGear Capital, Inc. is avoided to the extent it impairs Debtor's exemption.

IT IS FURTHER ORDERED, pursuant to Section 349(b)(1)(B), 11 U.S.C. §349(b)(1)(B), that dismissal of this case reinstates any lien voided under Section 522.

**Date: May 14, 2018**

BY THE COURT

RICHARD E. FEHLING
United States Bankruptcy Judge