United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-18266-ref
Ibrahim Baruwa                                                          Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: dlv              Page 1 of 1          Date Rcvd: May 14, 2018
                      Form ID: pdf900         Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 16, 2018.
db            +Ibrahim Baruwa,    1370 Lorton Drive,    Easton, PA 18040-6614
cr             ECAST Settlement Corporation,    PO Box 29262,    New York, NY 10087-9262
13830118      +First Commonwealth FCU,    PO BOX 20450,    Lehigh Valley, PA 18002-0450

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +E-mail/PDF: acg.acg.ebn@americaninfosource.com May 15 2018 01:42:02
       BMW Financial Services NA, LLC,    c/o Ascension Capital Group,    P.O. Box 165028,
       Irving, TX  75016,    UNITED STATES 75016-5028
cr             E-mail/PDF: resurgentbknotifications@resurgent.com May 15 2018 01:41:55      CACH, LLC,
       PO Box 10587,    Greenville, SC  29603-0587
                                                                                                                                                 TOTAL: 2

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 14, 2018 at the address(es) listed below:
       CHRISOVALANTE  FLIAKOS    on behalf of Creditor    Wells Fargo Bank, National Association As
        Trustee et al. paeb@fedphe.com
       FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
        ecf_frpa@trustee13.com
       FREDERICK L. REIGLE     ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
       JASON BRETT SCHWARTZ    on behalf of Creditor    Financial Services Vehicle Trust
        jschwartz@mesterschwartz.com,   jottinger@mesterschwartz.com
       JEROME B. BLANK    on behalf of Creditor    Wells Fargo Bank, National Association As Trustee et
        al. paeb@fedphe.com
       LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
        ecf_frpa@trustee13.com
       MATTEO SAMUEL WEINER    on behalf of Creditor    PNC Bank, National Association
        bkgroup@kmllawgroup.com
       ROBERT  GLAZER    on behalf of Debtor Ibrahim  Baruwa usbcglazer@gmail.com
       THOMAS YOUNG.HAE SONG    on behalf of Creditor    Wells Fargo Bank, National Association As Trustee
        et al. paeb@fedphe.com
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                                             TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: IBRAHIM BARUWA         :        NO.  16-18266
                              :
                              :        CHAPTER 13

## ORDER

AND NOW   upon the motion of Debtor to avoid an alleged judicial lein (Court of Common Pleas, Northampton County, Pennsylvania 2015-6435) of First Commonwealth FCU, and upon Debtor's having asserted that the alleged lien is subject to avoidance pursuant to Section 522(f)(1), 11 U.S.C. § 522 (f)(1), and upon Debtor having certified that adequate notice of the motion was sent to the lienholder and that no answer or other response to the motion has been filed.

IT IS HEREBY ORDERED that the motion is granted by default and the above judicial lien of First Commonwealth FCU is avoided to the extent it impairs Debtor's exemption.

IT IS FURTHER ORDERED, pursuant to Section 349(b)(1)(B), 11 U.S.C. §349(b)(1)(B), that dismissal of this case reinstates any lien voided under Section 522.

**Date: May 14, 2018**

BY THE COURT

_____
RICHARD E. FEHLING
United States Bankruptcy Judge