United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-18266-ref
Ibrahim Baruwa                                                            Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4           User: dlv              Page 1 of 1               Date Rcvd: May 14, 2018
                               Form ID: pdf900        Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 16, 2018.
db            +Ibrahim Baruwa,    1370 Lorton Drive,    Easton, PA 18040-6614
cr             ECAST Settlement Corporation,    PO Box 29262,    New York, NY 10087-9262
13830120      +NextGear Capital, Inc.,    c/o Christopher Trapp & Michael Gibson,    1320 City Center Drive,
                Suite 100,    Carmel, IN 46032-3816

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com May 15 2018 01:41:54
                BMW Financial Services NA, LLC,    c/o Ascension Capital Group,    P.O. Box 165028,
                Irving, TX  75016,    UNITED STATES 75016-5028
cr              E-mail/PDF: resurgentbknotifications@resurgent.com May 15 2018 01:41:54      CACH, LLC,
                PO Box 10587,    Greenville, SC  29603-0587
                                                                                              TOTAL: 2

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2018                                   Signature:  /s/Joseph Speetjens

_____

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 14, 2018 at the address(es) listed below:
              CHRISOVALANTE FLIAKOS   on behalf of Creditor    Wells Fargo Bank, National Association As
               Trustee et al. paeb@fedphe.com
              FREDERICK L. REIGLE   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
              JASON BRETT SCHWARTZ   on behalf of Creditor    Financial Services Vehicle Trust
               jschwartz@mesterschwartz.com,    jottinger@mesterschwartz.com
              JEROME B. BLANK   on behalf of Creditor    Wells Fargo Bank, National Association As Trustee et
               al. paeb@fedphe.com
              LISA MARIE CIOTTI   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MATTEO SAMUEL WEINER   on behalf of Creditor    PNC Bank, National Association
               bkgroup@kmllawgroup.com
              ROBERT  GLAZER   on behalf of Debtor Ibrahim  Baruwa usbcglazer@gmail.com
              THOMAS YOUNG.HAE SONG   on behalf of Creditor    Wells Fargo Bank, National Association As Trustee
               et al. paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: IBRAHIM BARUWA        :        NO.  16-18266
                             :
                             :        CHAPTER 13

## **ORDER**

AND NOW, upon the motion of Debtor to avoid an alleged judicial lein (Superior Court, Hamilton County, Indiana at 29D01-1604-CC-2973) of NextGear Capital, Inc., and upon Debtor's having asserted that the alleged lien is subject to avoidance pursuant to Section 522(f)(1), 11 U.S.C. § 522 (f)(1), and upon Debtor having certified that adequate notice of the motion was sent to the lienholder and that no answer or other response to the motion has been filed.

IT IS HEREBY ORDERED that the motion is granted by default and the above judicial lien of NextGear Capital, Inc. is avoided to the extent it impairs Debtor's exemption.

IT IS FURTHER ORDERED, pursuant to Section 349(b)(1)(B), 11 U.S.C. §349(b)(1)(B), that dismissal of this case reinstates any lien voided under Section 522.

**Date: May 14, 2018**

BY THE COURT

_____
RICHARD E. FEHLING
United States Bankruptcy Judge