IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : Chapter 13 |
| | : Case No. 16-18266-REF |
| IBRAHIM BARUWA | : Consent Order Settling |
| a/k/a IBRAHIM A. BARUWA | : Financial Services Vehicle Trust's |
| | : Motion For Relief From The Automatic |
| Debtor | : Stay Pursuant To 11 U.S.C. § 362 |

## STIPULATION

COME NOW, this ___ day of _____, 2018, *Ibrahim Baruwa* ("*Debtor*"), through Debtor's attorney, *Robert Glazer, Esquire*, and Financial Services Vehicle Trust, ("FSVT") by and through its attorneys, Mester & Schwartz, P.C., hereby stipulate the following terms of settlement of the Motion for Relief:

WHEREAS the Debtor leased a 2016 BMW 3 Series Sedan 4D 328xi AWD, V.I.N. WBA8E3G56GNU05586 ("vehicle"); and

WHEREAS FSVT filed a Motion for Relief from the Automatic Stay ("Motion") for the purpose of repossessing and selling the vehicle to pay any outstanding amounts on the lease agreement between the parties; and

WHEREAS the Debtor has agreed to surrendered possession of the vehicle to FSVT;

WHEREAS the Debtor and FSVT seek to resolve the Motion; it is hereby stipulated and agreed that:

1. The automatic stay of Section 362 of the Bankruptcy Code shall be lifted immediately with respect to the vehicle for the purposes of its liquidation and application of those funds to any outstanding debts on the lease agreement, consistent with the terms of the lease agreement.

2. The fourteen (14) day stay provided by Rule 4001(a)(3) is hereby waived.

3. It is further Ordered that this grant of relief from stay shall remain in full force and effect, notwithstanding any subsequent conversion of this case to another chapter.

4. Facsimile signatures shall be accorded the same force and effect as an original signature, and may be submitted to the Court.

BY THE COURT:

_____
Richard E. Fehling
U.S. BANKRUPTCY JUDGE

Creditor: Financial Services Vehicle Trust
By Counsel: Mester & Schwartz, P.C.

By: _____
Jason Brett Schwartz, Esquire
1333 Race Street
Philadelphia, Pennsylvania 19107
(267) 909-9036

DATED: 11/26/18

Seen and agreed to -- We hereby consent to the form and entry of the foregoing Order.

Debtor: Ibrahim Baruwa
By Counsel for Debtor: Robert Glazer, Esq.

By: _____
Robert Glazer, Esq.
McLaughlin & Glazer
26 N. Third Street
Easton, PA 18042
(610) 258-5609

DATED:

**Chapter 13 Trustee**

By: _____
William Miller, Trustee
Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606
(610) 779-1313

Please send copies to:

Ibrahim Baruwa
1370 Lorton Drive
Easton, PA 18040

Robert Glazer, Esq.
McLaughlin & Glazer
26 N. Third Street
Easton, PA 18042

William Miller
Interim Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Jason Brett Schwartz, Esquire
Mester & Schwartz, P.C.
1333 Race Street
Philadelphia, PA 19107