| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 16-18266-PMM

IBRAHIM BARUWA
1370 LORTON DRIVE
EASTON  PA    18040

Petition Filed Date: 11/30/2016
341 Hearing Date: 03/07/2017
Confirmation Date: 03/28/2019

Case Status: Open / Unconfirmed

**RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED**

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/16/2019 | $600.00 | | 01/28/2019 | $300.00 | | 02/19/2019 | $300.00 | |
| 03/11/2019 | $500.00 | | 04/01/2019 | $500.00 | | 05/20/2019 | $500.00 | |
| 06/24/2019 | $500.00 | | 08/05/2019 | $600.00 | | 09/09/2019 | $500.00 | |
| 10/09/2019 | $500.00 | 6242163000 | 11/12/2019 | $500.00 | 6319421000 | 12/16/2019 | $500.00 | 6409590000 |
| 01/06/2020 | $500.00 | 6461415000 | 02/27/2020 | $500.00 | 6588482000 | 03/16/2020 | $500.00 | 6642697000 |
| 04/01/2020 | $600.00 | 6676028000 | 05/18/2020 | $500.00 | 6798693000 | 06/30/2020 | $500.00 | 6900630000 |
| 07/30/2020 | $500.00 | 6972966000 | | | | | | |

**Total Receipts for the Period:  $9,400.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $21,000.00**

**DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED**

| | | CLAIMS AND DISTRIBUTIONS | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 7 | AMERICAN EXP CENTURION BANK<br>»» 007 | Unsecured Creditors | $773.78 | $56.00 | $717.78 |
| 3 | BMW BANK OF NO AMERICA<br>»» 003 | Unsecured Creditors | $1,954.73 | $157.11 | $1,797.62 |
| 1 | BMW BANK OF NO AMERICA<br>»» 001 | Unsecured Creditors | $23,288.38 | $1,929.32 | $21,359.06 |
| 6 | CACH, LLC<br>»» 006 | Unsecured Creditors | $25,857.98 | $2,142.20 | $23,715.78 |
| 10 | ECAST SETTLEMENT CORPORATION<br>»» 010 | Unsecured Creditors | $174.13 | $0.00 | $174.13 |
| 2 | FIRST COMMONWEALTH FCU<br>»» 002 | Unsecured Creditors | $14,787.96 | $1,225.13 | $13,562.83 |
| 9 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 009 | Unsecured Creditors | $1,270.97 | $98.36 | $1,172.61 |
| 14 | NEXT GEAR CAPITAL INC<br>»» 014 | Unsecured Creditors | $104,053.60 | $8,620.32 | $95,433.28 |
| 13 | OCWEN LOAN SERVICING, LLC<br>»» 013 | Mortgage Arrears | $1,263.62 | $1,263.62 | $0.00 |
| 5 | ONE MAIN FINANCIAL<br>»» 005 | Unsecured Creditors | $5,508.54 | $442.69 | $5,065.85 |
| 4 | PA DEPARTMENT OF REVENUE<br>»» 04P | Priority Crediors | $400.28 | $400.28 | $0.00 |
| 4 | PA DEPARTMENT OF REVENUE<br>»» 04U | Unsecured Creditors | $19.65 | $0.00 | $19.65 |
| 12 | PNC BANK NA<br>»» 012 | Mortgage Arrears | $1,580.96 | $1,580.96 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| 15 | PORTFOLIO RECOVERY ASSOCIATES »» 015 | Unsecured Creditors | $1,800.36 | $149.17 | $1,651.19 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES »» 016 | Unsecured Creditors | $201.37 | $15.60 | $185.77 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES »» 008 | Unsecured Creditors | $1,250.53 | $96.78 | $1,153.75 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES »» 011 | Unsecured Creditors | $482.94 | $25.05 | $457.89 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $21,000.00 | Current Monthly Payment: | $500.00 |
| Paid to Claims: | $18,202.59 | Arrearages: | $500.00 |
| Paid to Trustee: | $1,824.90 | Total Plan Base: | $29,500.00 |
| Funds on Hand: | $972.51 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.