| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
### Chapter 13 Case No. 16-18266-PMM

IBRAHIM BARUWA
1370 LORTON DRIVE
EASTON  PA   18040

Petition Filed Date: 11/30/2016
341 Hearing Date: 03/07/2017
Confirmation Date: 03/28/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/06/2020 | $500.00 | 6461415000 | 02/27/2020 | $500.00 | 6588482000 | 03/16/2020 | $500.00 | 6642697000 |
| 04/01/2020 | $600.00 | 6676028000 | 05/18/2020 | $500.00 | 6798693000 | 06/30/2020 | $500.00 | 6900630000 |
| 07/30/2020 | $500.00 | 6972966000 | 09/15/2020 | $500.00 | 7085825000 | 09/28/2020 | $500.00 | 7115091000 |
| 09/28/2020 | $100.00 | 71150910001Cu | 10/28/2020 | $500.00 | 7184830000 | 12/04/2020 | $500.00 | 7284282000 |
| 01/04/2021 | $500.00 | 7342797000 | 01/04/2021 | $100.00 | 7353173000 | 02/01/2021 | $600.00 | 7415288000 |
| 02/05/2021 | $200.00 | 7434668000 | 03/04/2021 | $500.00 | 7500089000 | 04/05/2021 | $500.00 | 7569290000 |
| 05/03/2021 | $500.00 | 7642805000 | 06/04/2021 | $500.00 | 7719372000 | | | |

**Total Receipts for the Period: $9,100.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $26,500.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 7 | AMERICAN EXP CENTURION BANK »» 007 | Unsecured Creditors | $773.78 | $72.17 | $701.61 |
| 3 | BMW BANK OF NO AMERICA »» 003 | Unsecured Creditors | $1,954.73 | $211.39 | $1,743.34 |
| 1 | BMW BANK OF NO AMERICA »» 001 | Unsecured Creditors | $23,288.38 | $2,577.81 | $20,710.57 |
| 6 | CACH, LLC »» 006 | Unsecured Creditors | $25,857.98 | $2,862.25 | $22,995.73 |
| 10 | ECAST SETTLEMENT CORPORATION »» 010 | Unsecured Creditors | $174.13 | $15.29 | $158.84 |
| 2 | FIRST COMMONWEALTH FCU »» 002 | Unsecured Creditors | $14,787.96 | $1,636.90 | $13,151.06 |
| 9 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 009 | Unsecured Creditors | $1,270.97 | $134.16 | $1,136.81 |
| 14 | NEXT GEAR CAPITAL INC »» 014 | Unsecured Creditors | $104,053.60 | $11,517.78 | $92,535.82 |
| 13 | OCWEN LOAN SERVICING, LLC »» 013 | Mortgage Arrears | $1,263.62 | $1,263.62 | $0.00 |
| 5 | ONE MAIN FINANCIAL »» 005 | Unsecured Creditors | $5,508.54 | $609.74 | $4,898.80 |
| 4 | PA DEPARTMENT OF REVENUE »» 04P | Priority Crediors | $400.28 | $400.28 | $0.00 |
| 4 | PA DEPARTMENT OF REVENUE »» 04U | Unsecured Creditors | $19.65 | $0.00 | $19.65 |
| 12 | PNC BANK NA »» 012 | Mortgage Arrears | $1,580.96 | $1,580.96 | $0.00 |

**Chapter 13 Case No. 16-18266-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 15 | PORTFOLIO RECOVERY ASSOCIATES »» 015 | Unsecured Creditors | $1,800.36 | $190.08 | $1,610.28 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES »» 016 | Unsecured Creditors | $201.37 | $15.60 | $185.77 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES »» 008 | Unsecured Creditors | $1,250.53 | $132.02 | $1,118.51 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES »» 011 | Unsecured Creditors | $482.94 | $41.24 | $441.70 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $26,500.00 | Current Monthly Payment: | $500.00 |
| Paid to Claims: | $23,261.29 | Arrearages: | $0.00 |
| Paid to Trustee: | $2,272.90 | Total Plan Base: | $29,500.00 |
| Funds on Hand: | $965.81 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.