United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 16-18266-pmm

Ibrahim Baruwa     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 3

Date Rcvd: Jan 31, 2022     Form ID: 138OBJ     Total Noticed: 38

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 02, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ibrahim Baruwa, 1370 Lorton Drive, Easton, PA 18040-6614 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| 14643207 | + | Andrew Spivack, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |
| 13830112 | + | Auto Plus Used Car Sales LLC, c/o Highest Officer Found, 1623 Freemansburg Road, Bethlehem, PA 18020-6300 |
| 13830113 | | Avant, 22 M Lasalle St 1700, Chicago, IL 60601 |
| 13830118 | + | First Commonwealth FCU, PO BOX 20450, Lehigh Valley, PA 18002-0450 |
| 14643361 | + | Wells Fargo Bank, C/O Andrew Spivack, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Suite 130 Mount Laurel, NJ 08054-1218 |
| 13836755 | + | Wells Fargo Bank, NA As Trustee et al., Phelan Hallinan & Schmieg, LLP, 1617 John F. Kennedy Boulevard, 1 Penn Center, Suite 1400, Philadelphia, PA 19103-1814 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 31 2022 23:46:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13831560 | + | Email/PDF: bncnotices@becket-lee.com | Jan 31 2022 23:51:36 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 13881851 | | Email/PDF: bncnotices@becket-lee.com | Jan 31 2022 23:51:36 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 13850938 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 31 2022 23:51:36 | BMW Bank of North America, 4515 N. Santa Fe Ave Dept. APS, Oklahoma City, OK 73118-7901 |
| 13830114 | | Email/PDF: acg.bmw.ebn@aisinfo.com | Jan 31 2022 23:51:36 | BMW Financial Services, P.O. Box 9001065, Louisville, KY 40290-1065 |
| 13851382 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 31 2022 23:51:33 | BMW Financial Services NA, LLC, c/o Ascension Capital Group, P.O. Box 165028, Irving, TX 75016-5028 |
| 14303647 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 31 2022 23:51:33 | BMW Financial Services NA, LLC, 4515 Santa Fe Ave., Dept. APS, Oklahoma City, OK 73118-7901 |
| 13879254 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 31 2022 23:51:37 | CACH, LLC, PO Box 10587, Greenville SC 29603-0587 |
| 13830116 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 31 2022 23:51:30 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 13830119 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 31 2022 23:51:37 | Home Depot, Home Depot Credit Services, PO Box 9001010, Louisville, KY 40290-1010 |
| 13830117 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 31 2022 23:51:30 | Chase Card, P.O. Box 15298, Wilmington, DE 19850 |
| 13901670 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 31 2022 23:46:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 13830121 | | Email/Text: BKEBN-Notifications@ocwen.com | Jan 31 2022 23:46:00 | Ocwen Loan Servicing, LLC, PO Box 24738, West Palm Beach, FL 33416-4738 |
| 13831561 | + | Email/PDF: cbp@onemainfinancial.com | Jan 31 2022 23:51:36 | OneMain, 6801 Colwell Blvd, Irving, TX 75039-3198 |
| 13875482 | | Email/PDF: cbp@onemainfinancial.com | Jan 31 2022 23:51:33 | OneMain Financial of Pennsylvania, Inc., P.O. Box 3251, Evansville IN 47731-3251 |
| 14643208 | + | Email/Text: BKEBN-Notifications@ocwen.com | Jan 31 2022 23:46:00 | PHH Mortgage Corporation, One Mortgage Way, Mount Laurel, New Jersey 08054-4624 |
| 13929500 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 31 2022 23:46:00 | PNC Bank, National Association, PMC Mortgage, a division of PNC Bank, NA, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 13830122 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 31 2022 23:46:00 | PNC Mortgage, PO Box 1820, Dayton, OH 45401-1820 |
| 13891473 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 31 2022 23:51:30 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13868346 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 31 2022 23:46:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 13830124 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 31 2022 23:51:36 | Sam's Club, PO Box 530942, Atlanta, GA 30353-0942 |
| 13916020 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 31 2022 23:51:30 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 13831562 | | Email/PDF: gecsedi@recoverycorp.com | Jan 31 2022 23:51:36 | Synchrony Bank/Lowes, PO Box 965005, Orlando, FL 32896-0061 |
| 13831563 | + | Email/Text: robins@welcomecu.org | Jan 31 2022 23:46:00 | Welcome Federal Credit Union, PO Box 830, Morrisville, NC 27560-0830 |
| 13929588 | | Email/Text: BKEBN-Notifications@ocwen.com | Jan 31 2022 23:46:00 | Wells Fargo Bank, National Association As, Et Al., c/o Ocwen Loan Servicing, LLC, Attn: Bankruptcy Department, P.O. Box 24605, West Palm Beach, FL 33416-4605 |
| 14072548 | | Email/PDF: bncnotices@becket-lee.com | Jan 31 2022 23:51:33 | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 26

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13830125 | | Springfield Financial, 601 NW 2nd Street, IN 47008 |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 13850939 | *+ | BMW Bank of North America, 4515 N. Santa Fe Ave Dept. APS, Oklahoma City, OK 73118-7901 |
| 13856212 | *+ | BMW Bank of North America, 4515 N. Santa Fe Ave Dept. APS, Oklahoma City, OK 73118-7901 |
| 13862844 | *+ | BMW Bank of North America, 4515 N. Santa Fe Ave Dept. APS, Oklahoma City, OK 73118-7901 |
| 13830115 | *P++ | BMW FINANCIAL SERVICES, CUSTOMER SERVICE CENTER, PO BOX 3608, DUBLIN OH 43016-0306, address filed with court:, BMW Financial Services, P.O. Box 9001065, Louisville, KY 40290-1065 |
| 13830120 | ##+ | NextGear Capital, Inc., c/o Christopher Trapp & Michael Gibson, 1320 City Center Drive, Suite 100, Carmel, IN 46032-3816 |
| 13830123 | ##+ | Rondre Kelly, 3381 East Blvd, Bethlehem, PA 18017-2657 |

TOTAL: 1 Undeliverable, 5 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 02, 2022                    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 31, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Wells Fargo Bank  National Association As Trustee et al. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| ANDREW L. SPIVACK | on behalf of Creditor Wells Fargo Bank  National Association as Trustee for Option One Mortgage Loan Trust 2007-5, Asset-B andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| CHRISOVALANTE FLIAKOS | on behalf of Creditor Wells Fargo Bank  National Association As Trustee et al. paeb@fedphe.com |
| JASON BRETT SCHWARTZ | on behalf of Creditor Financial Services Vehicle Trust jschwartz@mesterschwartz.com |
| JEROME B. BLANK | on behalf of Creditor Wells Fargo Bank  National Association As Trustee et al. paeb@fedphe.com |
| LISA MARIE CIOTTI | on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com ecf_frpa@trustee13.com |
| MARIO J. HANYON | on behalf of Creditor Wells Fargo Bank  National Association As Trustee et al. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| MATTEO SAMUEL WEINER | on behalf of Creditor PNC Bank  National Association bkgroup@kmllawgroup.com |
| ROBERT GLAZER | on behalf of Debtor Ibrahim Baruwa usbcglazer@gmail.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| THOMAS SONG | on behalf of Creditor Wells Fargo Bank  National Association As Trustee et al. tomysong0@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 12

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Ibrahim Baruwa
     Debtor(s)

Case No: 16−18266−pmm

Chapter: 13

---

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1 328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 1/31/22

78 − 72
Form 138OBJ