United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                          Case No. 16-18266-pmm

Ibrahim Baruwa                                          Chapter 13

       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4                             User: admin                                     Page 1 of 3

Date Rcvd: Feb 18, 2022                    Form ID: 3180W                              Total Noticed: 19

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##           Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 20, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ibrahim Baruwa, 1370 Lorton Drive, Easton, PA 18040-6614 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| 13830118 | + | First Commonwealth FCU, PO BOX 20450, Lehigh Valley, PA 18002-0450 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Feb 18 2022 23:56:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13881851 | | Email/PDF: bncnotices@becket-lee.com | Feb 19 2022 00:01:52 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 13856212 | + | EDI: AISACG.COM | Feb 19 2022 05:03:00 | BMW Bank of North America, 4515 N. Santa Fe Ave Dept. APS, Oklahoma City, OK 73118-7901 |
| 14303647 | + | EDI: AISACG.COM | Feb 19 2022 05:03:00 | BMW Financial Services NA, LLC, 4515 Santa Fe Ave., Dept. APS, Oklahoma City, OK 73118-7901 |
| 13879254 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 19 2022 00:01:48 | CACH, LLC, PO Box 10587, Greenville SC 29603-0587 |
| 13901670 | + | EDI: MID8.COM | Feb 19 2022 05:03:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 13875482 | | EDI: AGFINANCE.COM | Feb 19 2022 05:03:00 | OneMain Financial of Pennsylvania, Inc., P.O. Box 3251, Evansville IN 47731-3251 |
| 13929500 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 18 2022 23:56:00 | PNC Bank, National Association, PMC Mortgage, a division of PNC Bank, NA, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 13891473 | | EDI: PRA.COM | Feb 19 2022 05:03:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13868346 | | EDI: PENNDEPTREV | Feb 19 2022 05:03:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 13868346 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 18 2022 23:56:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 13929588 | | EDI: LCIPHHMRGT | | |

|  |  | Feb 19 2022 05:03:00 | Wells Fargo Bank, National Association As, Et Al., c/o Ocwen Loan Servicing, LLC, Attn: Bankruptcy Department, P.O. Box 24605, West Palm Beach, FL 33416-4605 |
|---|---|---|---|
| 14072548 | Email/PDF: bncnotices@becket-lee.com | Feb 19 2022 00:01:52 | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 13862844 | *+ | BMW Bank of North America, 4515 N. Santa Fe Ave Dept. APS, Oklahoma City, OK 73118-7901 |
| 13830120 | ##+ | NextGear Capital, Inc., c/o Christopher Trapp & Michael Gibson, 1320 City Center Drive, Suite 100, Carmel, IN 46032-3816 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 20, 2022    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 17, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Wells Fargo Bank  National Association As Trustee et al. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| ANDREW L. SPIVACK | on behalf of Creditor Wells Fargo Bank  National Association as Trustee for Option One Mortgage Loan Trust 2007-5, Asset-B andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| CHRISOVALANTE FLIAKOS | on behalf of Creditor Wells Fargo Bank  National Association As Trustee et al. paeb@fedphe.com |
| JASON BRETT SCHWARTZ | on behalf of Creditor Financial Services Vehicle Trust jschwartz@mesterschwartz.com |
| JEROME B. BLANK | on behalf of Creditor Wells Fargo Bank  National Association As Trustee et al. paeb@fedphe.com |
| LISA MARIE CIOTTI | on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com ecf_frpa@trustee13.com |
| MARIO J. HANYON | on behalf of Creditor Wells Fargo Bank  National Association As Trustee et al. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| MATTEO SAMUEL WEINER | on behalf of Creditor PNC Bank  National Association bkgroup@kmllawgroup.com |
| ROBERT GLAZER | on behalf of Debtor Ibrahim Baruwa usbcglazer@gmail.com |

District/off: 0313-4     User: admin     Page 3 of 3
Date Rcvd: Feb 18, 2022     Form ID: 3180W     Total Noticed: 19

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

THOMAS SONG
    on behalf of Creditor Wells Fargo Bank  National Association As Trustee et al. tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 12

Case 16-18266-pmm    Doc 81    Filed 02/20/22    Entered 02/21/22 00:29:06    Desc Imaged
Certificate of Notice    Page 3 of 5

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Ibrahim Baruwa<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–2644<br>EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN    _ _ _ _<br>EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | |
| Case number: | 16–18266–pmm | |

# Order of Discharge                                                               12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Ibrahim Baruwa
aka Ibrahim A. Baruwa

2/17/22                                                **By the court:** Patricia M. Mayer
                                                                         United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**